# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA ROBERTS,<br><br>    Plaintiff(s),<br><br>v.<br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>    Defendant(s). | Case No.: 2:18-cv-00649-APG-NJK<br><br>**Order** |

Upon removal to this Court, Defendants attached the complaint and summonses from state court. *See* Docket No. 1. The Court hereby **ORDERS** Defendants to file, by October 9, 2018, copies of all records and proceedings from the underlying state court action, including any *in forma pauperis* application and any order on that application. *See* 28 U.S.C. § 1447(b).

IT IS SO ORDERED.

Dated: October 2, 2018

                                                                                              Nancy J. Koppe<br>
                                                                                              United States Magistrate Judge