UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA ROBERTS,<br><br>　　Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>　　Defendant(s). | Case No.: 2:18-cv-00649-APG-NJK<br><br>**Order**<br><br>[Docket No. 32] |

Pending before the Court is Plaintiff's motion for additional service attempts on Defendant Devore. Docket No. 32. The Court does not require a response. Given that the previous three attempts were all made during days and times in which a person would be expected to be at work, *see* Docket No. 29, the motion for additional service attempts is hereby **GRANTED**.

Accordingly, the Court **ORDERS** as follows:

- Service must be effectuated on Officer Devore within 60 days from the issuance of this order.
- The Clerk's Office shall deliver to the United States Marshal Service the summons for Officer Devore (Docket No. 18 at 1-2) and a copy of the amended complaint (Docket No. 17).
- The Clerk's Office shall mail Plaintiff a blank copy of the USM-285 form.

1

- Within 21 days of the issuance of this order, Plaintiff shall furnish the United States Marshal Service with the required USM-285 form with the address for Officer Devore omitted.
- **The United States Marshal Service shall attempt service at times beyond ordinary work hours.**
- Within 21 days after receiving from the United States Marshal Service a copy of the USM-285 form showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying whether Officer Devore were served. If Plaintiff wishes to have service again attempted on Officer Devore, a motion must be filed specifying a more detailed name and/or address for said defendant, or whether some other manner of service should be attempted.

IT IS SO ORDERED.

Dated: November 15, 2018

_____
Nancy J. Koppe
United States Magistrate Judge