UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA ROBERTS,<br><br>　　　　Plaintiff<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants | Case No.: 2:18-cv-00649-APG-NJK<br><br>**Order (1) Directing Clerk's Office to Seal ECF No. 39 and (2) Directing the Defendants to File a Redacted Publicly Accessible Version** |

The defendants filed exhibits attached to their summary judgment motion that contain personal identifiers, such as plaintiff Joshua Roberts' social security number, date of birth, and home address and Sarah Marsden's date of birth and home address, without redacting that information as required under Local Rule IC 6-1. *See, e.g.*, ECF No. 39 at 21, 33, 43. I therefore direct the clerk of court to seal ECF No. 39. Within 15 days of the date of this order, the defendants shall file a publicly accessible version of ECF No. 39 and all exhibits, with proper redactions consistent with Local Rule IC 6-1.

IT IS THEREFORE ORDERED that the clerk of court shall seal ECF No. 39.

IT IS FURTHER ORDERED that within 15 days of the date of this order, the defendants shall file a publicly accessible version of ECF No. 39 and all exhibits, with proper redactions consistent with Local Rule IC 6-1.

DATED this 25th day of September, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE