# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA ROBERTS, | Case No.: 2:18-cv-00649-APG-NJK |
| Plaintiff | **Referral to Pro Bono Program** |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendants | |

This case is referred to the Pro Bono Program (Program) adopted in General Order 2017-07 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for plaintiff Joshua Roberts. The scope of appointment will be for all purposes through the conclusion of trial. By referring this case to the Program, I am not expressing an opinion as to the merits of the case.

IT IS HEREBY ORDERED that this case is referred to the Pro Bono Program for appointment of counsel.

IT IS FURTHER ORDERED that the Clerk forward this order to the Pro Bono Liaison.

DATED this 26th day of September, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE