# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Joshua Roberts, | Case No.: 2:18-cv-649-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | (ECF No. 70) |
| Las Vegas Metropolitan Police Department, et al., | |
| Defendants. | |

The defendants filed a proposed pretrial order. ECF No. 70. Local Rule 16-3)(b) requires a joint proposed pretrial order. The defendants' filing includes no input from the plaintiff, nor does it state whether a discussion of the proposed order was held or attempted as required by Local Rule 16-3(b). The defendants' proposed pretrial order **(ECF No. 70) is DENIED**. The parties are to confer and file a joint proposed pretrial order by December 6, 2019. If it is not possible to file a joint proposed pretrial order, the parties shall file briefs explaining why.

Dated: October 31, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE