# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA ROBERTS,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of Clark County Nevada; CLARK COUNTY SHERIFF JOE LOMBARDO; LVMPD A. O'GRADY; LVMPD DET. JACKSON; LVMPD DET. STEVE W. DEVORE; LVMPD OFFICER BRENDON T. LeBLANC; LVMPD OFFICER C. LILENTHAL; DOES 1-1- inclusive, et al.,<br><br>Defendants. | CASE NO. 2:18-cv-00649-APG-BNW<br><br>**Order to Transport Plaintiff Joshua Roberts, Id #82262** |

The jury trial in this case is scheduled to commence on September 28, 2020.

I hereby order that the Nevada Department of Corrections will transport inmate Joshua Roberts**, NDOC #82262**, to the Lloyd D. George Federal Courthouse, 333 S. Las Vegas Blvd., Las Vegas, Nevada, to personally attend the trial scheduled to commence on September 28, 2020 at 9:00 a.m. in Courtroom 4B.

I further order that the Nevada Department of Corrections will transport Mr. Roberts to court daily until the trial is completed. The parties anticipate trial will last 3 - 4 days.

I further order that the Nevada Department of Corrections will test Mr. Roberts for COVID-19 by September 14, 2020 and report the results of that test to Mr. Roberts' counsel, Paola M. Armeni, Esq.  If Mr. Roberts tests positive for COVID-19, Ms. Armeni shall notify me, confidentially, that the trial must be postponed.

I further order that upon completion of the COVID-19 test, that the Nevada Department of Corrections will immediately isolate Mr. Roberts from others and keep him in isolation through the pendency of the trial except to travel to and from court for the trial proceedings.

I further order the Clerk of Court to provide a copy of this order to the United States Marshal's Las Vegas office.

Dated: August 24, 2020.

_____
Andrew P. Gordon
United States District Judge

2